# MATTHEW J. KLUGER
### ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 17, 2023

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten annotation: 11/17/23 — The bail modification is granted. So ordered. Paul A. Crotty USDJ]*

      **Re:**   **United States v. Carlos Mercado**
                **23 Cr. 578 (PAC)**

Dear Judge Crotty,

      Bail in this matter was set on July 11, 2023. As a condition of Mr. Mercado's release, the Court imposed a curfew of 9pm to 6am, which is electronically monitored. Mr. Mercado has had no bail infractions to date. Last week, Mr. Mercado was hired at "Jersey Mike's Subs," a local fast-food restaurant. His shifts are generally expected to run from 5am to 3pm, or 3pm to 11pm. Accordingly, to allow Mr. Mercado to work (and travel to/from work), the defense respectfully requests that the Court modify the curfew to be from <u>12am to 5am</u>.

      I have communicated with Mr. Mercado's Pretrial Officer Michael Jones from the District of Connecticut, who has no objection to this request. Similarly, I have spoken to AUSA Jerry Fang who consents to this modification as well.

      Thank you.

                                                      Respectfully Submitted,

                                                      Matthew J. Kluger, Esq.

cc:    AUSA Jerry J. Fang
        PTSO Michael Jones