UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

CARLOS MERCADO,
                        Defendant.
-------------------------------------------------------------X

23 cr 578-02 (JGK)

**ORDER**

For the reasons stated on the record at a bail appeal, today, bail for the defendant Carlos Mercado is modified to include home detention with location monitoring, to be arranged by Pretrial Sercices.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 18, 2024