UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

CARLOS MERCADO,
                     Defendant.
-----------------------------------------------------------X

23 cr 578-02 (JGK)

**ORDER OF REMAND**

**KOELTL, DISTRICT JUDGE:**

For the reasons stated on the record on June 20, 2024, the defendant, Carlos Mercado, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending trial.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           June 20, 2024