LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

October 21, 2025

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
via ECF

Re: United States v. Edwards, et al
23 Cr. 578 (JGK)

Your Honor:

      I write on behalf of all defendants with consent of their counsel and the government, by William Stone, Esq., to request an adjournment of tomorrow's conference to November 18, 2025 after 11:00 a.m. Two of the attorneys in the case, Camille Abate and Mark DeMarco, are on trial and unavailable to appear. Ben Zeman's client has been accepted into the S.D.N.Y. Young Adult Opportunity Program and Tom Dunn's client has applied and is awaiting a decision on his application.

      Defense counsel further respectfully request that the trial, currently scheduled for December 2, 2025, be adjourned and rescheduled at the November 18, 2025 conference when all parties can be present.

      If speedy trial time has not already been excluded, based on the December trial date, all parties also agree to an exclusion of time to November 18, 2025.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. JOHN G. KOELTL