# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

January 12, 2026

By Email
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Carlos Mercado**
**S2 23 Cr. 578 (JGK)**

*[Handwritten annotation:]* DEFENSE SUBMISSIONS: FEBRUARY 18, 2026; GOV'T SUBMISSIONS: FEBRUARY 24, 2026. SENTENCING ADJOURNED TO WEDNESDAY, MARCH 4, 2026, AT 11:30 AM. SO ORDERED. 1/13/26 [signature] USDJ

Dear Judge Koeltl,

On October 21, 2025, pursuant to a written plea agreement, Mr. Mercado pled guilty to Counts 2 and 3 of the above referenced six-count Superseding Indictment. Count 2 charges that from at least January 2022 through July 2023, Mr. Mercado and others conspired to commit theft of a postal key in violation of 18 U.S.C. § 371. Count 3 charges that from at least January 2022 through July 2024, Mercado and others conspired to commit theft of mail and receipt of stolen mail, in violation of 18 U.S.C. §371. Sentencing is scheduled for January 28, 2026, with defense submissions due on or before January 14, 2026. The defense write now seeking a 30-day adjournment.

During the probation investigation process, it has become apparent that Mr. Mercado's developmental and behavioral history strongly suggests the presence of neurocognitive impairments that require formal neuropsychological assessment. The defense is in the process of arranging such an evaluation but doing the paperwork required to retain and arrange the evaluation at MDC takes time and effort. Although most of the preliminary work has been done, the defense expert still needs to conduct the evaluation and prepare a report with findings and recommendations for the Court's consideration at sentencing.

Accordingly, and with the consent of AUSA Jerry Fang, I respectfully request that sentencing in this matter be adjourned to the first week of March *except* for March 4, 2026 (after 1:00 PM) or March 5, 2026 (before 1:00 PM).

Thank you for the Court's consideration of this request.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc:   AUSA Jerry J. Fang
      AUSA William Stone