12/09/2026

Dear Judge Koeltl,

First, I would like to say thank you for giving me this opportunity to write this letter. Honestly, I'm grateful in some way that I've become incarcerated. I was making unhealthy choices, not just for me, but for my family as well.

I didn't have the best life growing up due to my mother being sick almost my whole life. Am I proud of the life I was once living? Absolutely Not. I'm especially not proud of the way I caused any financial burdens on the victims and the police officers on the date of the offense. What I was doing I wouldn't want done to me. I was selfish, and I was at a point that I didn't care about anybody but myself, which caused me to go down the wrong path.

Being in MDC has opened my eyes in a way that I needed by letting me know that "this is the place where you'll end up if you don't make better choices." I can't sit here and complain about the environment at MDC because I should have known what to expect when I made the choices that I made. I always admit when I'm wrong, and I was wrong. However, I'd like the chance to make it right with my family, by being there for them and most importantly being there for myself.

I'm looking forward to finishing my GED (I only need to pass math) and going to college so that I can become a Registered Nurse or maybe even join the United States Navy if I still can. I've spent time doing bad things when I could have been putting all that effort into something good, so I feel that I owe myself and others that much reassurance.

I have been spending my time in MDC productively by taking programs, going to religious service, exercising, taking my GED tests, and reading. I didn't know who I once was because I was living behind a mask. That was until I came to MDC and actually sat down with myself to correct my flaws and all the lies that I used to tell myself. That is why I was kind of grateful to be where I am now, because I needed time to physically and mentally rebuild myself, and due to this being my first and last time in jail it was a place where I can do so.

I speak with my mother every day since I have been in MDC, and although she remains supportive she always tells me she will never justify my actions. This is a letter to you Honorable Judge, and it's also an apology to the government and the victims. Thank you for listening.

Sincerely,

Carlos Mercado