

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   *United States v. Carlos Mercado*, **S2 23 Cr. 578 (JGK)**

Dear Judge Koeltl:

The Government respectfully writes to request a 14-day extension of the deadline to submit a schedule of restitution victims and amounts as to defendant Carlos Mercado, which is currently scheduled for May 29, 2026.  (*See* Dkt. 175).  Specifically, on May 29, 2026, the Government received additional information relating to compensable victim losses.  The requested adjournment would enable the parties to finalize their discussions regarding an anticipated proposed consent order of restitution.  Counsel for the defendant consents to the requested adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   ___/s/_____
Jerry J. Fang / William K. Stone
Assistant United States Attorneys
Southern District of New York
Tel. 212-637-2584 / 2521

cc: Matthew J. Kluger, Esq. (by ECF)