

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Carlos Mercado*, S2 23 Cr. 578 (JGK)

Dear Judge Koeltl:

The Government respectfully writes on behalf of the parties to request a further 30-day extension of the deadline to submit a schedule of restitution victims and amounts to the Court as to defendant Carlos Mercado, which is currently scheduled for June 12, 2026. The Government has provided defense counsel with a proposed restitution order and schedule of restitution victims and amounts. The requested adjournment would enable the parties to finalize their discussions regarding an anticipated proposed consent order of restitution, in light of defense counsel's currently scheduled trial in the Eastern District of New York. Counsel for the defendant consents to the requested adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

6/12/26

By:    /s/
Jerry J. Fang / William K. Stone
Assistant United States Attorneys
Southern District of New York
Tel. 212-637-2584 / 2521

cc: Matthew J. Kluger, Esq. (by ECF)