PROB 22
(Rev. 11/23)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:23-CR-00578-02

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:
Carlos Alberto Mercado
Bridgeport, Connecticut

DISTRICT
SOUTHERN DISTRICT OF NEW YORK

NAME OF SENTENCING JUDGE
U.S. District Judge John G. Koeltl

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | 08/05/2026 | 08/04/2029 |

OFFENSE

Count 1: CONSPIRACY TO COMMIT THEFT OF A POSTAL KEY, in Violation of 18 U.S.C. 371, Class D Felony; Count 2: CONSPIRACY TO COMMIT THEFT OF MAIL AND RECEIPT OF STOLEN MAIL, AND SALE AND RECEIPT OF STOLEN MONEY, in Violation of 18 U.S.C. 371, Class D Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Longstanding residence and prosocial ties in the District of Connecticut.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF CONNECTICUT upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

11/24/26
*Date*

[signature]
*United States District Judge*

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Carlos Alberto Mercado supervision from the Southern District of New York to the DISTRICT OF CONNECTICUT, the sealed records of the Court in the above-styled matter relating to Carlos Alberto Mercado are unsealed for the limited purpose of transferring those records to the United States District Court for the DISTRICT OF CONNECTICUT and to the Probation Department in that district.**

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*